DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0503 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | Judge:  Hon. Lawrence K. Karlton |
| CURTIS PERRY, ) | (In Chambers) |
| Defendant. ) | |

       Following a status conference on March 13, 2007, the court granted defendant's unopposed request for a continuance for the purpose of further investigation and exploration of non-trial disposition of the case.

       This case was therefore scheduled for status conference or change of plea on March 27, 2007 at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between March 13, 2007, and March 27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: April 5, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT