DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CURTIS PERRY,<br><br>　　　　Defendant. | No. 2:06-cr-0503 LKK<br><br>ORDER EXCLUDING TIME<br><br>Judge:　Hon. Lawrence K. Karlton<br>　　　　　(In Chambers) |

　　　　Following a status conference on April 10, 2007, the court granted defendant's unopposed request for a continuance for the purpose of further investigation of sentencing and mental health factors, and exploration of possible non-trial disposition of the case.

　　　　This case was therefore scheduled for status conference on April 24, 2007 at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between April 10, 2007, and April 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　By the Court,

Dated: April 11, 2007

　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT