```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CURTIS MARTIN PERRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0503 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE AND |
| | ) | EXCLUDING TIME |
| CURTIS MARTIN PERRY, | ) | |
| | ) | |
| Defendant. | ) | Date:  April 24, 2007 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 24, 2007, be vacated and the case continued until May 15, 2007, at 9:30 a.m. for further status conference and possible change of plea. This continuance is sought to permit further consultation with the government and with Mr. Perry concerning sentencing factors and possible resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act be excluded from the filing of this stipulation until May 15,
2 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4,
3 defense preparation.
4     **IT IS SO STIPULATED.**

6 Dated:  April 20, 2007     /S/ William S. Wong
    WILLIAM S. WONG
7     Assistant U.S. Attorney
    Counsel for Plaintiff

9 Dated:  April 20, 2007     /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
10     Assistant Federal Defender
    Attorney for Defendant
11     CURTIS MARTIN PERRY

**O R D E R**

**IT IS SO ORDERED.**

    By the Court,

Dated: April 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order     -2-