DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0503 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| CURTIS PERRY, ) | (In Chambers) |
| Defendant. ) | |

Following a status conference on June 26, 2007, the court granted the request for a continuance to allow further investigation and consultation regarding applicable sentencing factors, and further exploration of agreeable terms for non-trial disposition of the case.

This case was therefore scheduled for status conference on July 24, 2007, at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between June 26, 2007, and July 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: June 28, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT