```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CURTIS MARTIN PERRY

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:06-cr-0503 LKK
                                   )
14              Plaintiff,         )
                                   )  STIPULATION AND ORDER VACATING
15       v.                        )  DATE, CONTINUING CASE AND
                                   )  EXCLUDING TIME
16  CURTIS MARTIN PERRY,           )
                                   )
17              Defendant.         )  Date:  August 14, 2007
                                   )  Time:  9:30 a.m.
18  _____)  Judge: Hon. Lawrence K. Karlton

19
```

20    **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference and change of plea scheduled for August 14, 2007, be vacated
24 and the case continued until August 21, 2007, at 9:30 a.m. for further
25 status conference and change of plea.  This continuance is sought to
26 permit further consultation with the government and with Mr. Perry
27 concerning resolution of the case.
28

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded from the filing of this stipulation until August
3 21, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
4 T-4, defense preparation.

5    **IT IS SO STIPULATED.**

7 Dated:  August 13, 2007              /S/ William S. Wong
                                       WILLIAM S. WONG
8                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff

10 Dated:  August 13, 2007             /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
11                                     Assistant Federal Defender
                                       Attorney for Defendant
12                                     CURTIS MARTIN PERRY

**O R D E R**

   **IT IS SO ORDERED.**

              By the Court,

Dated: August 13, 2007

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

Stipulation & Order              -2-